# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 17 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JORGE CHANS-RODRIGUEZ (1),<br><br>                Defendant. | CASE NO. 11CR5915-W<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

    8USC1326(a) and (b) - Attempted Entry After Deportation

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 01/17/12

                                                THOMAS J WHELAN
                                                UNITED STATES DISTRICT JUDGE